Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−26958−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Armando S. Guerra
  437 Redcliffe St.
  Elizabethport, NJ 07206−1029

Social Security No.:
  xxx−xx−0802

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 18, 2019
JAN: slm

    Jeanne Naughton
    Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 19-26958-RG
Armando S. Guerra                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2          Date Rcvd: Dec 18, 2019
                               Form ID: 148             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db             Armando S. Guerra,    437 Redcliffe St.,    Elizabethport, NJ 07206-1029
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,   Suite 1400,    Philadelphia, PA 19103-1814
518555087     +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,   700 Kansas Lane,    Monroe LA 71203-4774
518442876     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
               Highlands Ranch, CO 80129-2386
518553872     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:14     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:10     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518442872     +E-mail/Text: American@AABinfo.net Dec 19 2019 00:31:36     American Adjustment Bureau, Inc.,
               Attn: Bankruptcy,   Po Box 2758,    Waterbury, CT 06723-2758
518442873      EDI: BANKAMER.COM Dec 19 2019 04:43:00     Bank of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998
518442874     +EDI: CAPITALONE.COM Dec 19 2019 04:43:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
518510801     +EDI: AIS.COM Dec 19 2019 04:43:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518442875     +E-mail/Text: bankruptcy@savit.com Dec 19 2019 00:33:08     SaVit Collection Agency,
               Attn: Bankruptcy,   Po Box 250,    East Brunswick, NJ 08816-0250
518500107      EDI: BANKAMER.COM Dec 19 2019 04:43:00     The Bank of New York Mellon fka The Bank of New Yo,
               c/o Bank of America,   P.O. Box 31785,    Tampa, FL 33631-3785
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Indenture trustee for JPMorgan Chase Bank, Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Indenture trustee for JPMorgan Chase Bank, Et Al... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paola D. Vera    on behalf of Debtor Armando S. Guerra pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage
               Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Dec 18, 2019
                               Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York, as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage
               Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com
                                                                                            TOTAL: 8