| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-26958 |
| IN RE:<br><br>    ARMANDO S. GUERRA | Judge:  ROSEMARY GAMBARDELLA |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 18, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 1 of 2

Debtor(s):  ARMANDO S. GUERRA

Case No.:  19-26958

Caption of Order:   Order Dismissing Petition

---

  THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee to dismiss this case and the Court having considered the Chapter 13 Standing Trustee's certification for failure to comply with instructions and good and sufficient cause appearing therefrom for the entry of this Order, it is:

  ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

  Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

  ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-26958-RG
Armando S. Guerra                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Dec 18, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
db          Armando S. Guerra,    437 Redcliffe St.,   Elizabethport, NJ  07206-1029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
              Andrew L. Spivack   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
               as Indenture trustee for JPMorgan Chase Bank, Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York as Indenture trustee for JPMorgan Chase Bank, Et Al... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paola D. Vera   on behalf of Debtor Armando S. Guerra pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage
               Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
               New York, as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage
               Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com
                                                                                              TOTAL: 8