Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 8, 2022

**Chapter 13 Case # 19-26958**

Re:   ARMANDO S. GUERRA  
437 REDCLIFFE ST.  
ELIZABETHPORT, NJ  07206-1029

Atty:  CABANILLAS & ASSOCIATES, PC  
120 BLOOMINGDALE ROAD  
SUITE 400  
WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/24/2019 | $700.00 | 19025384415 | 10/22/2019 | $700.00 | 19025384655 |
| 11/20/2019 | $700.00 | 19042764523 | 12/17/2019 | $750.00 | 19042764666 |
| 01/24/2020 | $750.00 | 1926958-19057789442 | 02/20/2020 | $750.00 | 19070187760 |
| 03/17/2020 | $750.00 | 19083216871 | 04/14/2020 | $750.00 | 19083217065 |
| 05/15/2020 | $750.00 | 19097483727 | 06/11/2020 | $750.00 | 19114498470 |
| 07/20/2020 | $750.00 | 19127233693 | 08/18/2020 | $750.00 | 19137830824 |
| 09/09/2020 | $750.00 | 19137831124 | 10/23/2020 | $750.00 | 19166881480 |
| 11/19/2020 | $750.00 | 19177305521 | 01/05/2021 | $750.00 | 19197340222 |
| 01/20/2021 | $750.00 | 19209332127 | 02/23/2021 | $750.00 | 19225150407 |
| 03/18/2021 | $750.00 | 19225150712 | 04/14/2021 | $750.00 | 19246480656 |
| 05/18/2021 | $750.00 | 19260341500 | 06/22/2021 | $750.00 | 19279351824 |
| 07/20/2021 | $750.00 | 19279351353 | 08/26/2021 | $750.00 | 19271974969 |
| 09/20/2021 | $750.00 | 19305058809 | 10/29/2021 | $750.00 | 19018212840 |
| 11/18/2021 | $750.00 | 27107099100 | 12/21/2021 | $750.00 | 27107004554 |
| 01/24/2022 | $751.00 | 27876148672 | 02/23/2022 | $750.00 | 27110462578 |
| 03/21/2022 | $750.00 | 27110469600 | 04/18/2022 | $750.00 | 1785465207 |
| 05/24/2022 | $750.00 | 1785466134 | 06/22/2022 | $750.00 | 1785467871 |
| 07/15/2022 | $750.00 | 19394547339 | 08/22/2022 | $750.00 | 1785471264 |
| 09/20/2022 | $750.00 | 1834837326 | 10/18/2022 | $750.00 | 1834839054 |

**Total Receipts: $28,351.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $28,351.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,645.56 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN ADJUSTMENT BUREAU, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA NA | MORTGAGE ARRE | 2,107.28 | 100.00% | 2,107.28 | 0.00 |

**Chapter 13 Case # 19-26958**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,838.08 | 100.00% | 2,492.62 | 345.46 |
| 0004 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 17,954.12 | 100.00% | 17,954.12 | 0.00 |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,086.51 | 100.00% | 1,832.53 | 253.98 |
| 0009 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 1,610.14 | 100.00% | 1,610.14 | 0.00 |

**Total Paid: $27,642.25**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | | |
| | 11/18/2019 | $131.57 | 837313 | | 12/16/2019 | $64.53 | 839255 |
| | 02/10/2020 | $138.27 | 843009 | | 03/16/2020 | $69.14 | 844915 |
| | 04/20/2020 | $69.14 | 846864 | | 05/18/2020 | $65.63 | 848781 |
| | 06/15/2020 | $65.64 | 850462 | | 07/20/2020 | $67.46 | 852251 |
| | 08/17/2020 | $67.46 | 854125 | | 09/21/2020 | $67.46 | 855931 |
| | 10/19/2020 | $67.46 | 857818 | | 11/16/2020 | $67.46 | 859611 |
| | 12/21/2020 | $67.46 | 861430 | | 02/22/2021 | $134.91 | 864892 |
| | 03/15/2021 | $67.46 | 866761 | | 04/19/2021 | $67.46 | 868424 |
| | 05/17/2021 | $67.46 | 870331 | | 06/21/2021 | $68.55 | 872132 |
| | 07/19/2021 | $68.55 | 873936 | | 08/16/2021 | $68.55 | 875619 |
| | 09/20/2021 | $68.55 | 877346 | | 10/18/2021 | $68.55 | 879123 |
| | 11/17/2021 | $69.28 | 880834 | | 12/13/2021 | $69.28 | 882470 |
| | 01/10/2022 | $69.28 | 884126 | | 02/14/2022 | $69.37 | 885810 |
| | 03/14/2022 | $69.28 | 887521 | | 04/18/2022 | $70.38 | 889223 |
| | 05/16/2022 | $1.69 | 890933 | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 05/16/2022 | $407.10 | 890986 | | 05/16/2022 | $299.30 | 890986 |
| | 06/20/2022 | $306.64 | 892674 | | 06/20/2022 | $417.11 | 892674 |
| | 07/18/2022 | $417.10 | 894396 | | 07/18/2022 | $306.65 | 894396 |
| | 08/15/2022 | $306.65 | 895970 | | 08/15/2022 | $417.10 | 895970 |
| | 09/19/2022 | $417.10 | 897567 | | 09/19/2022 | $306.65 | 897567 |
| | 10/17/2022 | $306.64 | 899234 | | 10/17/2022 | $417.11 | 899234 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 11/18/2019 | $100.53 | 837193 | | 12/16/2019 | $49.30 | 839113 |
| | 02/10/2020 | $105.65 | 842860 | | 03/16/2020 | $52.83 | 844737 |
| | 04/20/2020 | $52.83 | 846683 | | 05/18/2020 | $50.15 | 848615 |
| | 06/15/2020 | $50.15 | 850289 | | 07/20/2020 | $51.54 | 852067 |
| | 08/17/2020 | $51.54 | 853940 | | 09/21/2020 | $51.54 | 855721 |
| | 10/19/2020 | $51.54 | 857619 | | 11/16/2020 | $51.54 | 859412 |
| | 12/21/2020 | $51.55 | 861208 | | 02/22/2021 | $103.09 | 864649 |
| | 03/15/2021 | $51.54 | 866551 | | 04/19/2021 | $51.55 | 868166 |
| | 05/17/2021 | $51.54 | 870096 | | 06/21/2021 | $52.38 | 871872 |
| | 07/19/2021 | $52.38 | 873696 | | 08/16/2021 | $52.38 | 875385 |
| | 09/20/2021 | $52.38 | 877101 | | 10/18/2021 | $52.38 | 878882 |
| | 11/17/2021 | $52.94 | 880586 | | 12/13/2021 | $52.94 | 882223 |
| | 01/10/2022 | $52.94 | 883881 | | 02/14/2022 | $53.01 | 885554 |
| | 03/14/2022 | $52.94 | 887276 | | 04/18/2022 | $53.77 | 888939 |
| | 05/16/2022 | $1.29 | 890678 | | | | |

Chapter 13 Case # 19-26958

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | | | | | | | |
| | 11/18/2019 | $1,121.00 | 838342 | | 12/16/2019 | $549.77 | 840212 |
| | 02/10/2020 | $1,178.08 | 843971 | | 03/16/2020 | $589.04 | 845925 |
| | 04/20/2020 | $589.04 | 847878 | | 05/18/2020 | $559.21 | 849646 |
| | 06/15/2020 | $559.22 | 851337 | | 07/20/2020 | $574.75 | 853205 |
| | 08/17/2020 | $574.75 | 855020 | | 09/21/2020 | $574.75 | 856899 |
| | 10/19/2020 | $574.75 | 858729 | | 11/16/2020 | $574.75 | 860499 |
| | 12/21/2020 | $574.75 | 862393 | | 02/22/2021 | $1,149.50 | 865925 |
| | 03/15/2021 | $574.75 | 867540 | | 04/19/2021 | $574.75 | 869420 |
| | 05/17/2021 | $574.75 | 871223 | | 06/21/2021 | $584.07 | 873077 |
| | 07/19/2021 | $584.07 | 874796 | | 08/16/2021 | $584.07 | 876515 |
| | 09/20/2021 | $584.07 | 878291 | | 10/18/2021 | $584.07 | 880022 |
| | 11/17/2021 | $590.28 | 881702 | | 12/13/2021 | $590.28 | 883341 |
| | 01/10/2022 | $590.28 | 884990 | | 02/14/2022 | $591.07 | 886713 |
| | 03/14/2022 | $590.28 | 888388 | | 04/18/2022 | $599.60 | 890158 |
| | 05/16/2022 | $14.37 | 891795 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: November 08, 2022.

Receipts: $28,351.00    -    Paid to Claims: $25,996.69    -    Admin Costs Paid: $1,645.56    =    Funds on Hand: $708.75

Unpaid Balance to Claims: $599.44    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($109.31)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.