Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−26958−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Armando S. Guerra
   437 Redcliffe St.
   Elizabethport, NJ 07206−1029

Social Security No.:
   xxx−xx−0802

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Armando S. Guerra</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 30, 2022
JAN: wdh

                                                        <u>Jeanne Naughton, Clerk</u>