Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.:  19−26958−RG
                                          Chapter:  13
                                          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Armando S. Guerra
   437 Redcliffe St.
   Elizabethport, NJ 07206−1029

Social Security No.:
   xxx−xx−0802

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after January 9, 2023 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: December 9, 2022
JAN: rh

                                                                             Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-26958-RG |
| Armando S. Guerra | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2022 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Armando S. Guerra, 437 Redcliffe St., Elizabethport, NJ 07206-1029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

**Name        Email Address**

Denise E. Carlon

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for JPMorgan Chase Bank Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon

| | |
|---|---|
| | bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for JPMorgan Chase Bank Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Paola D. Vera | on behalf of Debtor Armando S. Guerra pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the holders of CWALT, Inc. Alternative Loan Trust 2005-24, Mortgage Pass-Through Certificates, Series 2005-24 ecf@powerskirn.com |

TOTAL: 11