Certificate Number: 05781-NJ-DE-037063499

Bankruptcy Case Number: 19-26958



05781-NJ-DE-037063499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 26, 2022</u>, at <u>3:11</u> o'clock <u>PM PST</u>, <u>Armando Guerra</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 26, 2022</u>          By:   <u>/s/Allison M Geving</u>

                                                                    Name:   <u>Allison M Geving</u>

                                                                    Title:   <u>President</u>